UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC M. PATTEN, JR.,

    Plaintiff,

v.

**JUDGMENT**

No. 5:16-CV-47-FL

HCL AMERICA, INC. and
PRAKASH JAYAPAL,

    Defendants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss for insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted, made pursuant to Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 31, 2016, and for the reasons set forth more specifically therein, that defendants' motion to dismiss made pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 31, 2016, and Copies To:**

Kimberly Joyce Lehman (via CM/ECF Notice of Electronic Filing)
Robert A. Sar (via CM/ECF Notice of Electronic Filing)
Eric M. Patten, Jr. (via U.S. Mail) 906 Malabys Church Dr., Apt. 204, Knightdale, NC 27545

March 31, 2016        JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk